# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3763
_____

Christopher L. Buie

*Petitioner*

v.

Administrative Review Board of the United States Department of Labor

*Respondent*
_____

Petition for Review of an Order of the
Department of Labor (except OSHA)
_____

Submitted: September 28, 2020
Filed: October 1, 2020
[Unpublished]
_____

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Christopher Buie petitions for review of a final order from the United States
Department of Labor Administrative Review Board (ARB), affirming the denial of
his administrative complaint alleging that his employer fired him for engaging in
activities protected under the Surface Transportation Assistance Act. After careful
review, we conclude that the ARB's decision was not arbitrary, capricious, an abuse

of discretion, contrary to the law, or unsupported by substantial evidence in the record.  See 49 U.S.C. § 31105(d) (appellate court reviews ARB's decision pursuant to Administrative Procedure Act); 5 U.S.C. § 706(2) (reviewing court shall hold unlawful and set aside agency decision found to be arbitrary, capricious, abuse of discretion, or otherwise not in accordance with law, or if unsupported by substantial evidence in record).  Accordingly, we deny the petition.  See 8th Cir. 47B.  We also deny Buie's pending motion to supplement the record.

_____